**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00686-CV

---

### IN THE INTEREST OF A. H., A CHILD

---

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-336-X**

---

## ORDER

The clerk's and reporter's records are two months overdue in this appeal. On May 28, 2013, we received correspondence from court reporter Georgina Ware stating that appellant has not paid for the reporter's record. We have had no correspondence from the Dallas County District Clerk regarding the clerk's record.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found to be indigent and has not paid for the record. *We notify appellant that if we receive verification that she has not been found indigent and has not paid for the record, we will, without further notice, dismiss the appeal for want of prosecution. See* TEX. R. APP. P. 37.3(b).

We **ORDER** court reporter Georgina Ware to file, within **THIRTY DAYS** of the date of this order, either the reporter's record or written verification that appellant has not been found to

be indigent and has not paid for the record. *We notify appellant that if we receive verification that she has not been found indigent and has not paid for the record, we will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Civil Records Division; court reporter Georgina Ware; and to counsel for appellee.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Charlene Hooker, 614 Valley Spring Drive, Arlington, Texas 76018.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE